

**RBZ000HK**
**State Farm Mutual Automobile Insurance Company**
# Auto Claim File Print
# File History Information

**Route To:**

## BASIC CLAIM INFORMATION

**Claim Number:** 36-0325-9F5
**Date of Loss:** 11-04-2015
**Policy Number:** 3632-619-36
**Named Insured:** MASON, LYNNETTE

## FILE HISTORY

**File History - File Notes**

11-23-2020 - 2:25 PM CST      **Performer:**        **Office:**
   **File Note:**
   **Participant:**                                 **COL(Participant):**
   **Category:**                                    **Sub Category:**

10-01-2020 - 10:46 AM CDT     **Performer:** Tyner, Brett     **Office:** INJD2DAL
   **File Note:** Mgt. Review
   **Participant:** LYNNETTE MASON     **COL(Participant):** 041(LYNNETTE MASON)
   **Category:** Management, Injury     **Sub Category:**

Date: 11-24-2020                                                                  Page 1

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**EXHIBIT 1**

SF-00045

| AUTO | Claim Number: 36-0325-9F5 | RBZ000HK |
|---|---|---|

Reviewed with CS who will follow up once more with IA and then review to close.

10-01-2020 - 10:35 AM CDT    **Performer:** Kennedy, Jonah    **Office:** INJD2DAL
    **File Note:** Review
    **Participant:**                                           **COL(Participant):**
    **Category:** Injury, Claim Note                           **Sub Category:**

Reviewed with TM
-Confirmed correct letter was sent
 -Sending letter to I/A stating claim is closing pending any additonal information

09-14-2020 - 8:40 AM CDT    **Performer:** Tyner, Brett    **Office:** INJD2DAL
    **File Note:** Jonah -
    **Participant:**                                           **COL(Participant):** 041(LYNNETTE MASON)
    **Category:** Management, Injury                           **Sub Category:**

Review the letter you sent and the draft copy we reviewed.
Review for fax number listed on IA's prior communication 405-749-6761.
 Contact me once that review is complete.

07-27-2020 - 9:10 AM CDT    **Performer:** Kennedy, Jonah    **Office:** INJD2DAL
    **File Note:** Contact
    **Participant:** ANDREW GASS ATTORNEY AT LAW               **COL(Participant):**
    **Category:** Injury, Contact - Outbound Call, Claim Note  **Sub Category:**

Reviewed with TM
-Sent letter to I.A in response to demand sent in

-TCT I/A 4x - unable to confirm an email or address or fax number
 -Sent letter

07-27-2020 - 8:45 AM CDT    **Performer:** Tyner, Brett    **Office:** INJD2DAL
    **File Note:** Mgt. Review
    **Participant:** LYNNETTE MASON                            **COL(Participant):** 041(LYNNETTE MASON)
    **Category:** Management, Injury                           **Sub Category:**

Reviewed with CS.
He will mail response to IA today.

07-27-2020 - 6:53 AM CDT    **Performer:** Tyner, Brett    **Office:** INJD2DAL
    **File Note:** Mgt. Review
    **Participant:** LYNNETTE MASON                            **COL(Participant):** 041(LYNNETTE MASON)
    **Category:** Management, Injury                           **Sub Category:**

On 7-6, I briefly reviewed with CS Kennedy a letter draft to be shared with attorney Gass.  A copy was sent to CS Kennedy on that date with a request for contact.
The letter has not been reviewed/sent?

Jonah -

 call me as soon as you see this note, please.

07-05-2020 - 9:32 AM CDT    **Performer:** Tyner, Brett    **Office:** INJD2DAL
    **File Note:** Mgt. Review
    **Participant:** LYNNETTE MASON                            **COL(Participant):** 041(LYNNETTE MASON)
    **Category:** Management, Injury                           **Sub Category:**

I reviewed copies of the Pre-trial Conference Order and Jury Instructions from Ms. Mason's suit, via OSCN.  I also confirmed, via OSCN, a pink verdict form was returned by the jury, consistent with instruction #20.  That form does not reflect the conclusion drawn by attorney Gass.

06-29-2020 - 9:06 AM CDT    **Performer:** Tyner, Brett    **Office:** INJD2DAL
    **File Note:** Mgt. Review

| AUTO | Claim Number: 36-0325-9F5 | RBZ000HK |
|---|---|---|

| | | |
|---|---|---|
| **Participant:** LYNNETTE MASON | **COL(Participant):** 041(LYNNETTE MASON) | |
| **Category:** Management, Injury | **Sub Category:** | |

Reviewed for table reserve task.
Ms. Mason's attorney has recently written to present a UM demand associated with the "phantom" vehicle discussed by Ms Harrison during the pendency of the third-party lawsut - Mason vs. Harrison.
The attorney states "the explanation of the defense verdict is 'the driver of the third vehicle' referred to by Lyndee Harrison. The medical showed the 11/4/15 collision caused Ms. Mason's medical and surgical treatments."
The attorney's statements are not consistent with my understanding regarding our assessment of liability in this case; notwithstanding defendant Harrison's statements made during the pending suit.   The attorney's statements are not consistent with my understanding regarding the medical issues raised in the lawsuit or the basis for the defense verdict generally.
I am unable to locate a copy of plaintiff's statement with respect to liability via depo summary.
I called DA Chitwood to inquire regarding the basis for the defense verdict given our assessment of liability on the V2D who rear-ended the stopped vehicle operated by V1.

Jonah -

see above.
file is recently reassigned to you.
 review with me once you see this.

| | | |
|---|---|---|
| 06-26-2020 - 3:39 PM EDT | **Performer:** Anderson, Christop | **Office:** INJATL |
| **File Note:** Reassignment | | |
| **Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON | **COL(Participant):** 041(LYNNETTE MASON) | |
| **Category:** Investigation | **Sub Category:** | |

rec'd reassignment claim, claim was reassigned as I/A is renewing UM demand
called D/A-Taylor Lane, LMOVM to c/b

| | | |
|---|---|---|
| 06-25-2020 - 4:43 PM EDT | **Performer:** Holmes, Tonia A | **Office:** INJATL |
| **File Note:** CR see Demand in file | | |
| **Participant:** | **COL(Participant):** | |
| **Category:** Injury | **Sub Category:** | |

To CR :
See demand in file.
 Thank you.

| | | |
|---|---|---|
| 06-25-2020 - 4:41 PM EDT | **Performer:** Holmes, Tonia A | **Office:** INJATL |
| **File Note:** Injury | | |
| **Participant:** | **COL(Participant):** | |
| **Category:** Pending | **Sub Category:** | |

 041 Lynnette Mason
- CS: 6-25-2020 Rev'd Reassgned file IA sent in request for UM claim as atty is putting liability on unknown vehicle and presenting a UM claim.  rev'd file and 9-4-2017 demand from IA non UM letter. This is a dw file to 36-7L60-727 referring back to dw handler
- 

| | | |
|---|---|---|
| 06-25-2020 - 9:35 AM EDT | **Performer:** Woods, Quintrell | **Office:** INJATL |
| **File Note:** PL UM demandPlease review | | |
| **Participant:** ANDREW GASS ATTORNEY AT LAW, LYNDEE HARRISON | **COL(Participant):** | |
| **Category:** Injury | **Sub Category:** | |

- PL UM demand
- Please review

| | | |
|---|---|---|
| 10-05-2017 - 1:30 PM CDT | **Performer:** Behara, Shelli | **Office:** INJTULS |
| **File Note:** Injury | | |
| **Participant:** LYNDEE HARRISON | **COL(Participant):** 041(LYNNETTE MASON) | |
| **Category:** Injury | **Sub Category:** | |

 Ordered PLUP info in d/w claim.

| | | |
|---|---|---|
| 10-05-2017 - 1:09 PM CDT | **Performer:** Behara, Shelli | **Office:** INJTULS |

| AUTO | Claim Number: 36-0325-9F5 | RBZ000HK |
|---|---|---|

**File Note:** Injury Pending
**Participant:** LYNNETTE MASON
**COL(Participant):** 041(LYNNETTE MASON)
**Category:** Pending
**Sub Category:**

045/Lynette Mason/Andrew Gass
 CS- update IED

| 09-06-2017 - 8:15 AM EDT | **Performer:** Evans, Dawn | **Office:**INJATL |
|---|---|---|

**File Note:** CS received correspondence from IA for UIM benefit
**Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON
**COL(Participant):** 041(LYNNETTE MASON)
**Category:** Litigation, Injury, Claim Note
**Sub Category:**

 CS received correspondence from IA for UIM benefits to be paid.

| 04-20-2017 - 8:41 AM EDT | **Performer:** Hamm, Lisa | **Office:**PIPD2ATL |
|---|---|---|

**File Note:** PIP/MPC
**Participant:** PREMIER ANESTHESIA INC
**COL(Participant):** 600(LYNNETTE MASON)
**Category:** PIP/AB/MPC
**Sub Category:**

added provider
req'd CSA add to TPAR
 pushed out bill 1 day to allow task to be completed

| 04-20-2017 - 8:18 AM EDT | **Performer:** Hamm, Lisa | **Office:**PIPD2ATL |
|---|---|---|

**File Note:** CSA Activity - TIN CLM Contact Add/Del/Edit
**Participant:**
**COL(Participant):**
**Category:** CSA Activity
**Sub Category:**

TIN/TPAR Updates


Action Requested:  (Update, Remove) Add
Name:  Premier Anesthesia Inc
       PO Box 268860
       Oklahoma City, OK  73126
       405-775-9350

Update requested for: (Maintain SPI Data, name, and/or address) Maintain/Add
 Additional Comments:

| 01-11-2017 - 3:51 PM EST | **Performer:** McKenzie, Logan | **Office:**PIPD2ATL |
|---|---|---|

**File Note:** MPC CS Review
**Participant:** ADVANCED PT, THE BROADWAY CLINIC, ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON
**COL(Participant):** 600(LYNNETTE MASON)
**Category:** PIP/AB/MPC
**Sub Category:**

Rev'd file as rec'd VM from IA in regards to MPC request. Rev'd bills submitted and viewed companion claim to ensure no duplicate
 payments. Bills submitted from IA all appear related to MVA. Issued payment to providers and mailed to IA per DTP. Closing claim.

| 01-10-2017 - 4:47 PM CST | **Performer:** Harmon, James | **Office:**INJTULS |
|---|---|---|

**File Note:** Injury - OAR
**Participant:** ANDREW GASS ATTORNEY AT LAW
**COL(Participant):** 041(LYNNETTE MASON)
**Category:** Management, Injury, Authority
**Sub Category:**

**045 ID Lynette Mason / Atty Gass**

**CS Behara**
•   Based on the current information we have, I agree the value of Ms. Mason's injury does not exceed the underlying available liability
    coverage.

| 01-10-2017 - 1:58 PM CST | **Performer:** Behara, Shelli | **Office:**INJTULS |
|---|---|---|

**File Note:** UIM

| AUTO | Claim Number: 36-0325-9F5 | RBZ000HK |
|---|---|---|

**Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON   **COL(Participant):** 041(LYNNETTE MASON)
**Category:** Injury   **Sub Category:**
Please review UIM evaluation.  Will proceed with sending non-offer letter.

01-10-2017 - 1:26 PM CST   **Performer:** Behara, Shelli   **Office:** INJTULS
**File Note:** Injury
**Participant:**   **COL(Participant):** 041(LYNNETTE MASON)
**Category:** Injury   **Sub Category:**
Rec'd UIM demand.  NI's atty is requesting we pay UIM before the liability so NI can have the monies to have shoulder surgery.  Completed the evaluation.

01-09-2017 - 4:44 PM CST   **Performer:** Keil, Debra K   **Office:** INJTULS
**File Note:** Demand $25K
**Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON   **COL(Participant):** 041(LYNNETTE MASON)
**Category:** Litigation, Injury   **Sub Category:**
Demand rec'd, book marked and IE updated.  Multiple records prior to accident and records w/no bills or listed in specials.  Not added to IE.  Note to CS to review

12-29-2016 - 8:33 AM CST   **Performer:** Behara, Shelli   **Office:** INJTULS
**File Note:** Liability File Notes
**Participant:**   **COL(Participant):**
**Category:** Liability   **Sub Category:**
Final: V2 r/e V*1

12-28-2016 - 9:25 AM CST   **Performer:** Behara, Shelli   **Office:** INJTULS
**File Note:** Injury Pending
**Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON   **COL(Participant):** 041(LYNNETTE MASON)
**Category:** Pending   **Sub Category:**
**045/Lynnette Mason**
   CS- pends monitoring with d/w

12-28-2016 - 9:23 AM CST   **Performer:** Behara, Shelli   **Office:** INJTULS
**File Note:** Injury
**Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON   **COL(Participant):** 041(LYNNETTE MASON)
**Category:** Injury   **Sub Category:**
Rec'd letter under d/w from attorney Gass requesting the UM adjustor's information.  Found this claim.  Sent LOA with my information.   D/W claim policy has $250K.  At this time, it does not appear it will exceed those limits.  Opened 045.

12-14-2016 - 12:18 AM EST   **Performer:** Miller, Alyson   **Office:** PIPD2ATL
**File Note:** pip/mpc mgmt task
**Participant:** LYNNETTE MASON   **COL(Participant):** 600(LYNNETTE MASON)
**Category:** PIP/AB/MPC, Management   **Sub Category:**
TM review - A claim with a date reported > 180 days after date of loss

V2 re *1V
C 5000
NID in *1V
this policy is excess
 delay due to primary claim set up

12-05-2016 - 2:15 PM EST   **Performer:** McKenzie, Logan   **Office:** PIPD2ATL
**File Note:** MPC/PIP Pending
**Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON   **COL(Participant):** 600(LYNNETTE MASON)
**Category:** Pending   **Sub Category:**

| | | |
|---|---|---|
| AUTO | Claim Number: 36-0325-9F5 | RBZ000HK |

**600/L. Mason/IA Andrew Gass**

**CS**

- Pending bills/recs from IA
- Excess claim to 36-863W-245 (benefits exhausted)
- Autopay: Off, to ensure no duplicate payments made

**CA**

 - Review claim 36-863W-245 before issuing any payments to ensure no duplicates

| 12-05-2016 - 2:10 PM EST | **Performer:** McKenzie, Logan | **Office:** PIPD2ATL |
|---|---|---|
| **File Note:** MPC CS Review/Injury Analysis | | |
| **Participant:** ANDREW GASS ATTORNEY AT LAW, LYNNETTE MASON | **COL(Participant):** 600(LYNNETTE MASON) | |
| **Category:** Investigation, Coverage, Contact, Autopay | **Sub Category:** | |

**INITIAL MPC/PIP REVIEW**

- I set up this claim at request of IA. Benefits exhausted on primary claim 36-863W-245 where NID was driving NOC (owned by Don Richard). NID does qualify as insured under this policy. AP is off to ensure no duplicate payments. MOI is consistent with MVA impact.
- Called IA at #6700. I advised of excess claim that was setup for NID. I provided claim and fax number to send addtl bills. I advised we could not duplicate any payments. She u/s and advised that she would get addtl bills/recs together in order to submit for review on this claim.
- Set cal out pending submission of bills/recs from IA.

**Coverage: C 5000**

POT: not work related

**Lynnette**

P: yes
I: 1.a.4
E: n
 O: excess to claim 36-863W-245 (benefits exhausted)

| 12-05-2016 - 11:58 AM EST | **Performer:** Ropp, Ashley | **Office:** PIPD2ATL |
|---|---|---|
| **File Note:** PIP/MPC | | |
| **Participant:** | **COL(Participant):** | |
| **Category:** Claim Note | **Sub Category:** | |

CS Working Phones

RCF Harrison stating she got an email about this claim & she does not understand as the claim was over a year ago.  She states that she does not own a 2004 Mitsubishi Eclipse & it was not the other vehicle owners vehicle as well.
Advised I would need to review the claim & follow up at 405-863-1221.
She explained she had to wear a brace on her right knee & she missed work due to injuries & in turn was laid off from work from missing work due to MVA.

Reviewed Loss Reporting for Ms. Harrison - she does not own a 2004 Mitsubishi Eclipse which the claim was set up indicating she does & trying to get coverage under that vehicle.
Unable to delete or change Don Richard from claimant vehicle 2011 Nissan Altima.
Updating the claim correctly with correct claimant & correct named insured, also updated the correct vehicle info.

Called Ms. Harrison back at 1221 to advise claim was set up incorrectly, but I updated & if anything additional needed to let us know -
 provided adjuster contact info.

**File History - File Note System Generated**