| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Medical Payments Coverage: | Per Accident | 0 | 0 | | 0 | 0 | 0 | 0 |
| Comprehensive: | Per Accident | 0 | 500 | 1 | 0 | 0 | 0 | 0 |
| Collis on: | Per Accident | 0 | 500 | 1 | 0 | 0 | 0 | 0 |
| Rental: | Per Accident | 0 | 0 | | 0 | 0 | 0 | 0 |

**Policyholder**

Address   2139 PARKVIEW DR, MOORE, Oklahoma, United States, 73170-7437.
SSN

**Loss Details**

| | |
|---|---|
| Date of Loss | 11/04/2015 |
| Time of Loss | 05:00 PM |
| Date Reported | 11/05/2015 |
| Reported By | Insured |
| Person who reported the claim | LYNDEE HARRISON |
| Reported To | Bronson Blair |
| Indicate if the caller is filing this loss for record only | False |
| Indicate if a Weather/Catastrophe loss | False |
| Indicate if insured has received suit papers? | |
| Cause of Loss Explanations | Collision: If the customer's vehicle struck another vehicle or fixed object, ie. Mailbox, fence, etc. or a person Comprehensive: Damage to the customer's vehicle other than collision, i.e. vandalism, hitting an animal, weather damage - wind, hail, wild fire and flood. |
| Cause of Loss Explanations | Comprehensive Fire/Theft: If the vehicle sustained damage due to a partial or total theft, or a partial or total fire. Injury Only: If the loss involves an injury only to the customer without involving a collision of any veh cle. |
| Loss Type/Line of Business | Automobile |
| Cause Of Loss | Collision |
| Claim Group | |
| Loss Description | V1 EXITED ON 12TH ST AND MOORE, 2 CARS IN FRONT OF V1, 1 VEHICLE MADE A LEFT INTO A NEIGHBORHOOD, THE CAR BEHIND THE OTHER LOCKED BRAKES AND V1 HIT V2 |

**Loss Location**

| | |
|---|---|
| Intersection | No |
| Address | Oklahoma City, Oklahoma, Un ted States, 73170. |
| Location Description | |

**Preliminary Information**

| | |
|---|---|
| Indicate if the loss was single or multi-car | Multi Car |
| Were there any Passengers? | No |
| Were there any damages to your vehicle? | No |
| Was there any damage to property other than vehicles (Applies to: Third Party Property Damage Only)? | No |
| Indicate if Hit and Run Loss | No |
| Indicate if a Phantom Vehicle is Involved | No |
| Do you have the police report number readily available? | 15-37306 |
| Was this incident reported to authorities? | Yes |
| Was a police report written? | Yes |
| Which authority? | Moore PD |
| Have any citations been issued for the loss? | Yes |
| Insured citation | following too closely |
| Claimant citation | |
| Indicate if liability is disputed | No |
| Were there any witnesses? | Unknown |
| Were there any pedestrians? | No |
| Indicate if an excluded driver is the driver involved in the loss | No |
| Indicate if an unlisted driver is involved in the loss | No |

**Insured Vehicle**

| | |
|---|---|
| Year | 2011 |
| Make | Nissan |
| Model | 4DR;ALTIMA |
| Body Type | Other |
| State/Province | Oklahoma |
| Country | Un ted States |
| Plate Number | |
| Identification Number | 1N4AL2AP8BN447013 |
| Are there damages? | Yes |
| Is the vehicle drivable? | No |
| Was the vehicle towed? | Yes |

**EXHIBIT 2**

HARRISON-01188