| Coverage Type | Coverage Level | Limits | Ded. | Ded. Type | Currency | Parent Limit | Parent Ded. | Min Ded. | Max Ded. |
|---|---|---|---|---|---|---|---|---|---|
| Medical Payments Coverage: | Per Accident | 0 | 0 | | | 0 | 0 | 0 | 0 |
| Comprehensive: | Per Accident | 0 | 500 | 1 | | 0 | 0 | 0 | 0 |
| Collision: | Per Accident | 0 | 500 | 1 | | 0 | 0 | 0 | 0 |

**Policyholder**

Address 4115 SMITH DR, SPENCER, Oklahoma, United States, 73084-8929.
SSN

**Loss Details**

| | |
|---|---|
| Date of Loss | 11/04/2015 |
| Time of Loss | |
| Date Reported | 12/05/2016 |
| Reported By | Insured |
| Person who reported the claim | |
| Reported To | Diana Koss |
| Indicate if applicable coverage(s) and deductible(s) were read. | False |
| Indicate if the insured requested tow only | False |
| Indicate if the caller is filing this loss for record only | False |
| Indicate if a Weather/Catastrophe loss | False |
| Indicate if insured has received suit papers? | |
| Cause of Loss Explanations | Collision: If the customer's vehicle strikes or is struck by another vehicle or object, ie. Mailbox, fence, shopping cart, etc. or a person Comprehensive: Damage to the customer's vehicle other than collision, i.e. missiles, falling objects, windstorm, hail, fire, explosion, earthquake, water, flood, total or partial theft, malicious mischief, vandalism, riot, civil commotion, or hitting or being hit by a bird or an animal. |
| Cause of Loss Explanations | Injury Only: If the loss involves an injury only to the customer without involving a collision of any vehicle. |
| Loss Type/Line of Business | Automobile |
| Cause Of Loss | Injury Only |
| Claim Group | |
| Facts of Loss | reference claim # 36-863W-245.V2 r/e V*1 |

**Loss Location**

| | |
|---|---|
| Intersection | No |
| Address | Oklahoma City, Oklahoma, United States, |
| Description of Loss Location (i.e. mall parking lot, parking garage, etc.) | |

**Preliminary Information**

| | |
|---|---|
| Indicate if the loss was single or multi-car | Multi Car |
| Were there any Passengers? | |
| Indicate if Hit and Run Loss | No |
| Indicate if a Phantom Vehicle is Involved | |
| Was this incident reported to the police? | |
| Were there any witnesses that provided contact information? | |
| Were there any injuries to pedestrian(s)? | |
| Indicate if an unlisted driver is involved in the loss | |

**Insured Vehicle**

| | |
|---|---|
| Year | 2004 |
| Make | Mitsubishi |
| Model | 2DR;ECLIPSE |
| Body Type | Other |
| Identification Number | 4A3AC34G74E043373 |

**Questions**

| | |
|---|---|
| Is this a business vehicle? (The vehicle involved in the loss is used in the course of business or owned by a business. Some examples include a mail carrier vehicle, pizza delivery, construction truck, 18 wheelers or any rental vehicle other than Hertz or Enterprise. | No |
| Indicate if this is a specialty vehicle (Motorcycle, RV, ATV, Snowmobile, Trailer or Golf cart) | No |

**Third Party Vehicle**

| | |
|---|---|
| Year | 2005 |
| Make | Nissan |
| Model | MAXIMA |

**EXHIBIT 3**

SF-00186