# Andrew Gass

Attorney at Law
P.O. Box 20034
Oklahoma City, OK 73156

(405) 749-6700 phone
(405) 749-6761 fax
Tax I.D. #73-1269073

01062017

January 3, 2017

MAILED

State Farm Insurance
PO Box 106171
Atlanta, GA 30348-6171

F 1-855-820-6318, _____ pages total

P 1-844-292-8615 x 339
Shelli Behara

RE:      Lynnette Mason
Insured:   Lyndee Harrison
Claim #:   36-0325-9F5  UM/UIM Claim
D/A:    11/4/15

Lynnette Mason is asking State Farm to pay her $25,000 UM (I use UM to include underinsured claims).  The UM payment is necessary for Lynnette to get the left shoulder surgery. (1)  On 7/22/16 Robert Tibbs, MD noted:  She does have some extensor digiti brevis atrophy on the left. (4)  Lynnette is having muscle loss on the back of the left forearm and left hand.  Lynnette is typing with one hand.

Using 36 OS Section 3636 F.  State Farm can pay the $25,000 and then State Farm can "be entitled to the proceeds of any settlement or judgment".

Lynnette cannot use her health insurance because the deductibles and copays are more than she can pay.

The picture of the car shows the impact. (5)  Her primary doctor records and Walgreen's pharmacy records show Lynnette did NOT have a preexisting shoulder and neck injury. (6,7,8)

**EXHIBIT 8**

SF-00237

01062017

January 3, 2017
RE:  Lynnette Mason, p.2

Since the 11/4/15 wreck Lynnette has spent her time after work attending medical appointments doing home exercises, and using medicated cream.   Lynnette states: The Gabapentin prescribed by Dr. Tibbs is doing nothing.   The Mobic and gel barely takes the edge off.

On 11/28/16 Lynnette emailed a description of her limitations at work. (11)

Typing is slow and painful using the left hand.   Frequently she reaches over with her right hand to type.   At home it is painful to squeeze the toothpaste.

The shoulder injections are a deep injection that carry some risk.   Lynnette and Dr. Coupens think surgery is the best option.

On 7/22/16 Dr. Tibbs regarding the left shoulder/arm found:

    She does have some extensor digiti brevis atrophy on the left.
    Her hand intrinsics are slightly weakened on the left...
    She does have sensory changes down her left hand, especially
    in an ulnar nerve distribution. (4)

At the 8/19/16 exam Robert Tibbs, MD suggested she see Dr. Steven Coupens at OSSO.  These surgeons have a good reputation in OKC.  I think Dr. Coupens travels to the world Olympics to treat participants.  (just something I heard)

I have attached all the records that I have.  If there is something State Farm needs for the UM evaluation, email your request to:  caegass@gmail.com

Thank you,

Andy Gass

Encl:  List and documents listed

SF-00239

01062017

Attachments for Mason's  UM/UIM claim    D/A   11/4/15

1.   10/13/16 report of Dr. Coupens describing the left shoulder
     arthroscopy with SAD/DCE

2.   two medical articles describing "SAD/DCE" as shoulder arthroscopy and
     decompression, distal clavicle  excision

3.   medical article for shoulder impingement surgery

4.   7/22/16 report of Dr. Tibbs describing atrophy

5.   picture of car

6.   outline of primary doctor records

7.   primary doctor records

8.   Walgreens  record before 11/4/15  wreck

9.   Walgreens record after  11/4/15

10.  two business cards showing where Lynnette works

11.  11/28/16  Lynnette's description of limits on her left hand
     and left shoulder at work

12.  6/20/16  Lynnette's description of limits on her left  hand

13.  1/20/16  Lynnette's description of limits on her left hand and neck

14.  medical bills & surgery estimates

15.  medical records for D/A 11/4/15 to date

SF-00241