```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

    1.   LYNNETTE MASON,
 4
         Plaintiff,
 5
    vs.                             No. CIV-2020-1217-D
 6
    1.   STATE FARM MUTUAL
 7  AUTOMOBILE INSURANCE
    CO., d/b/a STATE FARM
 8  INSURANCE CO., a Foreign
    For-Profit Entity,
 9

10       Defendant.

11

12

13          VIDEO DEPOSITION OF ANDREW GASS
           TAKEN ON BEHALF OF THE DEFENDANT
14     ON MAY 6, 2022, BEGINNING AT 2:30 P.M.
             IN OKLAHOMA CITY, OKLAHOMA
15

16

17       APPEARANCES:

18  On behalf of the PLAINTIFF

19  Andrea R. Rust and Chad W.P. Kelliher
    FULMER SILL PLLC
20  1101 North Broadway, Suite 102
    Oklahoma City, Oklahoma 73103
21  (405) 510-0077
    arust@fulmersill.com
22

23

24

25  REPORTED BY:  Janna Pirtle, CSR, RPR
```

**Professional Reporters**
800.376.1006
www.proreporters.com

**EXHIBIT 10**

1    **this deposition.  I can't find any indication**

2    **where you, as Ms. Mason's lawyer, claimed --**

3    **made a claim to State Farm before the jury**

4    **verdict that there was a third vehicle involved.**

5    **And I guess I should just ask you that.**

6    **Do you recall ever making a claim before**

7    **the jury verdict that a third vehicle, a phantom**

8    **vehicle, had some partial or total**

9    **responsibility for this accident?**

10    A    Okay.  Jay, I can do better if I go

11    through it chronological, if you'll let me do

12    that.

13    About 2017, she was getting ready to

14    have shoulder surgery, so I asked State Farm to

15    substitute.  And I repeated that request, you

16    know, submitted the policy.  And then when the

17    State Farm got a lawyer, Mike Chitwood, we --

18    you know, my correspondence with State Farm

19    stopped and I started dealing with Mike

20    Chitwood.

21    The first time that I heard about the

22    third -- can I continue?

23    **Q    Yes.**

24    A    About the -- when we did Ms. Harrison's

25    deposition and I'm going to guess that that's

**Professional Reporters**
800.376.1006
www.proreporters.com

1   2018, I hope I got my gears right, and Mike

2   Chitwood represented her, I heard across the

3   counsel table about the third car.  And I didn't

4   believe her, but I had to take it -- I had to

5   take it seriously and talk to my client.

6          And then after that I did call Mike

7   Chitwood and said, Mike, we've got the third car

8   now.  Can we just, you know, go ahead and pay

9   the UM or substitute the UM because she had

10  medical bills.

11          The next time that I did that was after

12  the trial and then I sent a letter to State Farm

13  because I didn't think Mike was their lawyer

14  anymore, so I sent it straight to State Farm.

15  Maybe I wasn't -- maybe I shouldn't have done

16  that, but I sent it straight to State Farm and

17  asked them to pay the UM.

18          Did I answer your question?

19      Q   You -- you did fine.

20      A   Okay.

21      Q   It raises some additional questions but

22  that's okay.  You started off by saying sometime

23  in 2017 you made a request for a substitute

24  payment?

25      A   Yes.

**Professional Reporters**
800.376.1006
www.proreporters.com