

**EXHIBIT 14**