# Andrew Gass
### Attorney at Law
### P.O. Box 20034
### Oklahoma City, OK 73156

(405) 749-6700 phone
(405) 749-6761 fax
Tax I.D. #73-1269073

June 18, 2020

State Farm Insurance          F 1-855-820-6318, _1_ pages total
PO Box 106171
Atlanta, GA 30348-6171           P 1-844-292-8615 x 339
                                     Shelli Behara

RE:   Lynnette Mason
Insured:   Lynnette Mason
Claim #:   36-0325-9F5  UM/UIM Claim
D/A:   11/4/15

From your position of liability and UM adjuster you know a jury found that Lyndee Harrison was not the cause of the collision.  The explanation for the defense verdict is "the driver of the third vehicle" referred to by Lyndee Harrison.

The medical showed  the 11/4/15 collision caused Ms. Mason's medical and surgical treatments.

The "driver of the third vehicle" is unidentified and Ms. Mason asks State Farm to pay the $25K UM policy.

Thank you,

Andy Gass

**EXHIBIT 23**

SF-00645